# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**BRIAN LONG,** *et al*,

    Plaintiff,

                        **CASE NO.    3:11-CV-278**

**-vs-**

                        **District Judge Timothy S. Black**
                        **Magistrate Judge Michael R. Merz**

**CAPTAIN TONY RANIERI,** *et al*,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Court **ADOPTS** the Report and Recommendations of the Magistrate Judge (Doc. 7) in its entirety; **OVERRULES** Plaintiff's objections (Doc. 12) and **DISMISSES** Plaintiff's Complaints **WITHOUT PREJUDICE**; the case is **TERMINATED.**

Date:  October 4, 2011                        **JAMES BONINI, CLERK**

                                                By: <u>s/ M. Rogers</u>
                                                Deputy Clerk