# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BRIAN J. LONG, et al., | : |
| Plaintiffs, | : Case No. 3:11-cv-278 |
| | : District Judge Timothy S. Black |
| -vs- | : Magistrate Judge Michael R. Merz |
| CAPTAIN TONY RANIERI, et al., | : |
| Defendants. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 25, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore **ORDERED** that Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. No. 20) be, and it hereby is, **DENIED**. The Court hereby certifies to the Sixth Circuit Court of Appeals that Plaintiff's appeal is not taken in objective good faith.

**IT IS SO ORDERED.**

Date: 12/2/11

Timothy S. Black
United States District Judge